1

ROSENFELD & SAWYER
ALLEN SAWYER SBN 173565

2

555 Capitol Mall, Suite 1245
Sacramento, CA 95814

3

Telephone;(916) 447-2070
Fax: (800) 968-0650

4

5

Attorneys for Defendant
AMANDEEP MULTANI

6

7

**IN THE UNITED STATES DISTRICT COURT**

8

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10

THE UNITED STATES OF AMERICA,            )

11

                                          )
                Plaintiff,                )

12

                                          )        Case No. 2:21-MJ-0078 JAM-3
                                          )

        vs.                               )

13

                                          )      **NOTICE OF REQUEST AND REQUEST**
AMANDEEP MULTANI,                         )      **TO SEAL DOCUMENTS AND ORDER**

14

                                          )      **THEREON**
                                          )

15

                Defendant.                )      **(U.S.D.C. LOCAL RULES 141)**
                                          )

16

                                          )
                                          )

17

**TO:    THE HONORABLE ALLISON CLAIRE, UNITED STATES DISTRICT COURT**

18

**        JUDGE AND TO THE UNITED STATES ATTORNEY'S OFFICE, BY AND**
**        THROUGH ITS REPRESENTATIVE DAVID SPENCER, ASSISTANT UNITED**

19

**        STATES ATTORNEY, AND TO UNITED STATES PRETRIAL SERVICES**
**        OFFICER ALICIA MIRGAIN:**

20

21

        Defendant Amandeep Multani by and through his counsel Allen Sawyer, hereby request that

22

the exhibits used in Mr. Multani's **SUPPLEMENTAL TO RENEWED MOTION TO**

23

**RELEASE DEFENDANT ON BOND** be filed under seal.  The basis for this request is

24

that the exhibits contain confidential information such as addresses, foreign court judgments, and

25

other business records.

26

        The names permitted to have access to this document shall be the Office of the United States

27

28

Attorney, as well as the United States Pretrial Office.

Respectfully submitted,

Dated: May 5, 2021                    By:        /s/N. Allen Sawyer____
                                             N. Allen Sawyer
                                             ROSENFELD & SAWYER
                                             ALLEN SAWYER SBN 173565
                                             555 Capitol Mall, Suite 1245
                                             Sacramento, CA 95814
                                             Telephone;(916) 447-2070
                                             Fax: (800) 968-0650

**************************

# PROPOSED ORDER

Good cause appearing, IT IS SO ORDERED that the Exhibits in the SUPPLEMENTAL TO RENEWED MOTION TO RELEASE DEFENDANT ON BOND be filed under seal.

DATED: May 5, 2021. _


                              /s/_____
                              HON JEREMY PETERSON
                              United States District Court