ROSENFELD & SAWYER
ALLEN SAWYER SBN 173565
555 Capitol Mall, Suite 1245
Sacramento, CA 95814
Telephone;(916) 447-2070
Fax: (800) 968-0650

Attorneys for Defendant
AMANDEEP MULTANI

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMANDEEP MULTANI,<br><br>　　　　　Defendant. | Case No. 2:21-MJ-0078 JAM-3<br><br>**NOTICE OF REQUEST AND REQUEST TO CONTINUE DETENTION HEARING AND ORDER THEREON**<br><br>**(U.S.D.C. LOCAL RULES 141)** |

**TO:  THE HONORABLE JEREMY PETERSON, UNITED STATES MAGISTRATE COURT JUDGE AND TO THE UNITED STATES ATTORNEY'S OFFICE, BY AND THROUGH ITS REPRESENTATIVE DAVID SPENCER, ASSISTANT UNITED STATES ATTORNEY, AND TO UNITED STATES PRETRIAL SERVICES OFFICER ALICIA MIRGAIN:**

Defendant Amandeep Multani by and through his counsel Allen Sawyer, hereby request that the detention hearing scheduled in front Judge Jeremy Peterson on May 6th.  The basis for this request is that Assistant United States Attorney, David Spencer, disclosed he is in possession of recordings from the jail he intends to introduce at said hearing and the defense wants an opportunity to review said evidence and respond accordingly.

The new date agreed upon with the defense, Office of the United States

Attorney, as well as the United States Pretrial Office, is May 13, 2021 at 11:00 am. We therefore respectfully request that a new date by calendared accordingly.

Respectfully submitted,

Dated: May 6, 2021                             By:        /s/N. Allen Sawyer
                                                          N. Allen Sawyer
                                                          ROSENFELD & SAWYER
                                                          ALLEN SAWYER SBN 173565
                                                          555 Capitol Mall, Suite 1245
                                                          Sacramento, CA 95814
                                                          Telephone;(916) 447-2070
                                                          Fax: (800) 968-0650

**************************

## PROPOSED ORDER

Good cause appearing, IT IS SO ORDERED that the NOTICE OF REQUEST AND REQUEST TO CONTINUE DETENTION HEARING to May 13, 2021 at 11:00 am is granted.

DATED: May 6, 2021. _

                                    /s/
                                    HON JEREMY PETERSON
                                    United States District Court