ROSENFELD & SAWYER
ALLEN SAWYER SBN 173565
555 Capitol Mall, Suite 1245
Sacramento, CA 95814
Telephone;(916) 447-2070
Fax: (800) 968-0650

Attorneys for Defendant
AMANDEEP MULTANI

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AMANDEEP MULTANI,<br><br>　　　　　Defendant. | Case No. 2:21-MJ-00078<br><br>**NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER THEREON**<br><br>**(U.S.D.C. LOCAL RULES 141)** |

**TO:   THE HONORABLE JEREMY D. PETERSON, UNITED STATES DISTRICT COURT JUDGE AND TO THE UNITED STATES ATTORNEY'S OFFICE, BY AND THROUGH ITS REPRESENTATIVE DAVID SPENCER, ASSISTANT UNITED STATES ATTORNEY, AND TO UNITED STATES PRETRIAL SERVICES OFFICER ALICIA MIRGAIN:**

Defendant Amandeep Multani by and through his counsel Allen Sawyer, hereby request that the exhibits used in Mr. Multani's DEFENSE'S RESPONSE TO UNITED STATES' OPPOSITION TO MOTION FOR BAIL REVIEW be filed under seal.  The basis for this request is that the exhibits contain confidential information, regarding Mr. Multani's daughter, and other personal information discussed in private while recorded in the Sacramento County Jail. The exhibits also include personal financial information of Mr. Multani's fathers trucking business, payroll records, and real estate information.

The names permitted to have access to this document shall be the Office of the United States Attorney, as well as the United States Pretrial Office.

Respectfully submitted,

Dated: May 12, 2021

By:     /s/N. Allen Sawyer
N. Allen Sawyer
ROSENFELD & SAWYER
ALLEN SAWYER SBN 173565
555 Capitol Mall, Suite 1245
Sacramento, CA 95814
Telephone;(916) 447-2070
Fax: (800) 968-0650

**************************

## PROPOSED ORDER

Good cause appearing, IT IS SO ORDERED that the Exhibits in the DEFENSE'S RESPONSE TO UNITED STATES' OPPOSITION TO MOTION FOR BAIL REVIEW be filed under seal.

DATED: May 12, 2021. _

/s/
HON JEREMY PETERSON
United States District Court