**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
PARAMPREET SINGH

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PARAMPREET SINGH, ) <br> ) <br> Defendant ) <br> ) | Case No.: 2:21-cr-00078-JAM <br><br> **NOTI0CE OF WITHDRAWAL OF DEFENDANT SINGH'S REQUEST FOR INTERNATIONAL TRAVEL** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

MAGISTRATE CAROLYN K. DELANEY AND DAVID W. SPENCER, ASSISTANT

UNITED STATES ATTORNEY, AND TO MARGARITA ZEPEDA, PRETRIAL

SERVICES:

     **COMES NOW** Defendant, PARAMPREET SINGH, by and through his attorney of

record, DAVID A. TORRES hereby requesting that the Notice of Defendant's Request t for

International Travel [Dkt. 105] be withdrawn for the Courts Docket. Counsel will amend said

request and refile with the court.

                                  Respectfully Submitted,

DATED:  January 17, 2023              */s/ David A Torres* _____
                                  DAVID A. TORRES
                                  Attorney for Defendant, P. Singh