# Memorandum

United States Attorney's Office
Eastern District of California



| Subject: | *United States v. Amandeep Multani,* 2:21-cr-0078-JAM | Date: | November 8, 2023 |
|---|---|---|---|
| To: | M York, Courtroom Deputy to the Honorable John A. Mendez | From: | David W. Spencer, AUSA<br>U.S. Attorney's Office<br>Eastern District of California |

The Court is advised that counsel for the United States and counsel for defendant Amandeep Multani have conferred regarding this request, and that they jointly request that the Judgment & Sentencing hearing that was previously scheduled for November 14, 2023, be continued to April 9, 2024. Additional time is needed to complete the PSR process. The parties have consulted with Probation Officer Janice Slusarenko and she agrees with this request.

The parties further request that the Court adopt the following disclosure schedule:

| | |
|---|---|
| The proposed Presentence Report shall be disclosed to counsel no later than: | February 27, 2024 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | March 12, 2024 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | March 19, 2024 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | March 26, 2024 |
| Reply, or Statement of Non-Opposition: | April 2, 2024 |
| Judgment & Sentencing Date: | April 9, 2024 |

cc:  N. Allen Sawyer, defense counsel
     Janice Slusarenko, U.S. Probation