**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
PARAMPREET SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PARAMPREET SINGH<br><br>Defendant | Case No.: 2:21-cr-00078-JAM<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, PARAMPREET SINGH, hereby waives his appearance in person in open court upon the status conference set for Tuesday, May 7, 2024 of the above-entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date:   5/2/2024

/s/ [signature]
PARAMPREET SINGH

Date:   5/2/2024

*/s/David A. Torres*
DAVID A. TORRES,
Attorney for Defendant

Defendants Request and Waiver of Appearance - 1

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant Parampreet Singh is hereby excused from appearing at this court hearing scheduled for Tuesday, May 7, 2024.

IT IS SO ORDERED

DATED:

_____
MAGISTRATE JUDGE JOHN A. MENDEZ